In the Matter of WILBUR D. LOCKWOOD, Appellant, against J. HENRY EKSTROM et al., Constituting the Board of Supervisors of Putnam County, Respondents.

GRACE A. REAVY et al., Constituting the Civil Service Commission of the State of New York, Interveners, Respondents.

Argued October 6, 1941; decided November 19, 1941.

*Paul L. Bleakley* for appellant.

*John J. Bennett, Jr., Attorney-General (Everett D. Mereness* of counsel), for State Civil Service Commission, respondent.

*John E. Mack* and *Bradford Klock* for Board of Supervisors, respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.